COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| JOSE EDUARDO OROZCO a/k/a JOSE MARTINEZ OROZCO, | § | No. 08-12-00052-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | Criminal District Court No. 1 |
| v. | § | |
| | § | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | |
| | § | (TC# 1208006D) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF APRIL, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.